| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>King, George H. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>05/16/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active - United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Edward R. Roybal Federal Building and Courthouse<br>255 East Temple Street<br>Suite 660<br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

King, George H.

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. In Trust # 1 Financial Credit Union-FCU | A | Int./Div. | J | T | | | | | |
| 2. (In Trust #1) Real Estate Prescott, AZ | D | Rent | N | S | | | | | |
| 3. Wells Fargo Savings | A | Interest | J | T | | | | | |
| 4. Universal Life Insurance (State Farm) (Y) | B | Dividend | L | T | | | | | See Note in Section VIII |
| 5. Adventrx Pharmaceuticals Inc. (DC) | | None | J | T | | | | | |
| 6. Ajisen Holdings Ltd. (Misnamed in 2008 Ajiseu Ramen▓▓▓) | A | Dividend | | | Sold | 11/03/10 | J | C | |
| 7. Andre Juice Co. Ltd. ▓▓▓ Yantai North) | A | Dividend | J | T | | | | | |
| 8. Anhui Expressway ▓▓▓ | A | Dividend | | | Sold | 11/03/10 | J | B | |
| 9. Applied Energetics | | None | J | T | | | | | |
| 10. Asian Environment Holdings Ltd. | | None | J | T | | | | | |
| 11. 6AZO (Australian Dollar Futures) | | None | | | Buy | 11/16/10 | L | | |
| 12. 6AZO (Australian Dollar Futures) | | | | | Sold | 10/14/10 | L | B | |
| 13. Bangkok Bank Public Co. Ltd . | A | Dividend | J | T | | | | | |
| 14. Bangkok Dusit Medical Services Co. Ltd | A | Dividend | J | T | | | | | |
| 15. Bank of America | A | Dividend | | | Buy | 11/03/10 | L | | |
| 16. Bank of America | | | | | Sold | 12/01/10 | L | A | |
| 17. Beijing Capitol Airport Co. Ltd. ▓▓▓ | A | Dividend | | | Sold | 10/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BHP Billiton Ltd. | | | | | Sold | 01/05/10 | K | D | |
| 19. Chaoda Modern Agriculture Holdings | A | Dividend | J | T | | | | | |
| 20. China Blue Chemical Ltd. | A | Dividend | J | T | | | | | |
| 21. China Foods Ltd | A | Dividend | | | Sold | 10/25/10 | J | A | |
| 22. China Overseas Land & Investment Ltd. | A | Dividend | J | T | Sold (part) | 01/19/10 | J | B | |
| 23. China Water Affairs Group Ltd. | A | Dividend | | | Sold | 11/30/10 | J | B | |
| 24. 6CHO (Canadian Dollars Futures) | | None | | | Buy | 02/04/10 | J | | |
| 25. 6CHO (Canadian Dollars Futures) | | | | | Sold | 01/13/10 | J | A | |
| 26. CLF1 (Crude Oil Futures) | | None | | | Buy | 11/17/10 | L | | |
| 27. CLF1 (Crude Oil Futures) | | | | | Sold | 11/18/10 | L | B | |
| 28. CLZ0 (Crude Oil Futures) | | None | L | T | Buy | 11/16/10 | L | | |
| 29. CLZ0 (Crude Oil Futures) | | None | L | T | Buy | 11/17/10 | L | | |
| 30. CLZ0 (Crude Oil Futures) | | | | | Sold (part) | 11/17/10 | L | | |
| 31. Dongfong Electric | A | Dividend | | | Sold (part) | 10/06/10 | J | A | |
| 32. Dongfong Electric | A | Dividend | | | Sold | 10/21/10 | J | A | |
| 33. Dynasty Fine Wines Group Ltd. | A | Dividend | | | Sold | 11/03/10 | J | C | |
| 34. ESH0 (Mini S&P 500) | | None | | | Buy | 03/15/10 | L | | Cover for 2009 short sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ESZ0 (S&P mini Futures) | | None | | | Buy | 11/22/10 | L | | |
| 36. ESZ0 (S&P mini Futures) | | None | | | Buy | 11/30/10 | L | | |
| 37. ESZ0 (S&P mini Futures) | | | | | Sold | 11/19/10 | L | A | |
| 38. ESZ0 (S&P mini Futures) | | | | | Sold | 11/30/10 | L | A | |
| 39. 6EZ0 (Euro Futures) | | None | | | Buy | 11/16/10 | M | | |
| 40. 6EZ0 (Euro Futures) | | | | | Sold | 12/10/10 | M | C | |
| 41. 6EZ0 (Euro Futures) | | None | M | T | Buy | 11/30/10 | M | | |
| 42. Fidelity Cash Reserves | A | Dividend | K | T | | | | | Rollover to Broker #1 |
| 43. GFF1 (Feeder Cattle Futures) | | None | | | Buy | 12/03/10 | L | | |
| 44. GFF1 (Feeder Cattle Futures) | | | | | Sold | 11/24/10 | L | | |
| 45. Hainan Meiland Airport | A | Dividend | | | Sold | 11/03/10 | J | B | |
| 46. HEZ0 (Hogs Futures) | | None | | | Buy | 11/30/10 | K | | |
| 47. HEZ0 (Hogs Futures) | | | | | Sold | 11/23/10 | K | A | |
| 48. HGF1 (High Grade Copper Futures) | | None | | | Buy | 12/10/10 | M | | |
| 49. HGF1 (High Grade Copper Futures) | | | | | Sold | 12/01/10 | L | | |
| 50. HGZ0 (High Grade Copper Futures) | | None | L | T | Buy | 11/16/10 | L | | |
| 51. Hong Kong Aircraft Engineering Co. Ltd. | A | Dividend | | | Sold | 11/03/10 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Hong Kong Dollars | | None | L | T | Sold (part) | 11/16/10 | K | B | |
| 53. Humana | | None | J | T | | | | | |
| 54. Hyflux Ltd. | A | Dividend | J | T | | | | | |
| 55. Broker #1 (IRA) | | None | O | T | | | | | |
| 56. Ishares Silver Tr Ishares (SLV) | | None | J | T | Buy | 02/04/10 | J | | |
| 57. Ishares Silver Tr Ishares (SLV) | | None | | | Buy | 02/10/10 | J | | |
| 58. Ishares Silver Tr Ishares (SLV) | | None | | | Buy | 05/07/10 | J | | |
| 59. Ishares Silver Tr Ishares (SLV) | | None | | | Buy | 05/21/10 | J | | |
| 60. Ishares Silver Tr Ishares (SLV) | | | | | Sold (part) | 01/05/10 | L | E | |
| 61. Kerry Properties Ltd. | A | Dividend | J | T | | | | | |
| 62. Market Vectors ETF TR Gold Miners EFT (GDX) | | None | J | T | Buy | 02/04/10 | J | | |
| 63. Market Vectors ETF TR Gold Miners EFT (GDX) | | None | | | Buy | 05/21/10 | J | | |
| 64. Market Vectors ETF TR Gold Miners EFT (GDX) | | | | | Sold (part) | 01/05/10 | K | D | |
| 65. Meilan Airport Co. Ltd. | A | Dividend | | | Sold | 11/03/10 | J | C | |
| 66. NGJ1 (Natural Gas Futures) | | None | | | Buy | 11/19/10 | K | | |
| 67. NGJ1 (Natural Gas Futures) | | | | | Sold | 11/19/10 | K | A | |
| 68. NGZ0 (Natural Gas Dec. 2020 Futures) | | None | | | Buy | 11/01/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. NGZ0 (Natural Gas Dec. 2020 Futures) | | | | | Sold | 10/29/10 | K | B | |
| 70. NQZ0 (E-Mini NASDAQ 100 Dec. 2010 Futures) | | None | | | Buy | 11/02/10 | K | | |
| 71. NQZ0 (E-Mini NASDAQ 100 Dec. 2010 Futures) | | None | | | Buy | 11/03/10 | L | | |
| 72. NQZ0 (E-Mini NASDAQ 100 Dec. 2010 Futures) | | None | | | Buy | 11/16/10 | L | | |
| 73. NQZ0 (E-Mini NASDAQ 100 Dec. 2010 Futures) | | | | | Sold | 10/29/10 | K | | |
| 74. NQZ0 (E-Mini NASDAQ 100 Dec. 2010 Futures) | | | | | Sold | 11/30/10 | M | B | |
| 75. Pershing Government Account (Broker # 2) | B | Dividend | | | | | | | Rolled into # 78 |
| 76. Petroleo Brasileiro | A | Dividend | | | Sold | 01/05/10 | K | D | |
| 77. Powershare DB Multi Sect Com TR Powershare DB Ag FD Com Uni | | None | | | Sold | 01/05/10 | L | E | |
| 78. Prime Fund-Capital Reserves-Money Market. (Broker # 2) | | None | M | T | | | | | |
| 79. Progen Pharmaceuticals Ltd Ordinary Shares IAIN (DC) | | None | J | T | | | | | |
| 80. Proshares TR Ultra Short S&P 500 FD | | None | | | Sold | 01/05/10 | J | | |
| 81. Proshares Tr Ultra Short Finls (SKF) | | None | | | Buy | 02/10/10 | J | | |
| 82. Proshares Tr Ultra Short Finls (SKF) | | None | | | Buy | 02/11/10 | J | | |
| 83. Proshares Tr Ultra Short Finls (SKF) | | None | | | Sold | 05/07/10 | J | | |
| 84. Proshares Tr Ultra Short Finls (SKF) | | None | | | Sold | 05/21/10 | J | | |
| 85. Proshares Ultrashort Lehman Bros. 20 yr (TBT) | | None | | | Buy | 01/27/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Proshares Ultrashort Lehman Bros. 20 yr (TBT) | | None | | | Buy | 02/04/10 | J | | |
| 87. Proshares Ultrashort Lehman Bros. 20 yr (TBT) | | None | | | Buy | 05/07/10 | J | | |
| 88. Proshares Ultrashort Lehman Bros. 20 yr (TBT) | | None | | | Buy | 05/21/10 | K | | |
| 89. Proshares Ultrashort Lehman Bros. 20 yr (TBT) | | | | | Sold | 01/05/10 | K | C | |
| 90. Proshares Ultrashort Lehman Bros. 20 yr (TBT) | | | | | Sold | 09/22/10 | K | | |
| 91. Shenzhen Expressway Co. Ltd. | A | Dividend | | | Sold | 11/03/10 | J | A | |
| 92. Shangri-la Asia Ltd. | A | Dividend | | | Sold | 11/03/10 | J | B | |
| 93. Shimao Properties Holdings Ltd. | A | Dividend | | | Sold | 11/03/10 | J | B | |
| 94. Shui On Land Ltd. | A | Dividend | J | T | Sold (part) | 10/13/10 | J | A | |
| 95. Shui On Land Ltd. | A | Dividend | J | T | Sold (part) | 10/21/10 | J | A | |
| 96. Sinoenergy Corp. Com New | | None | | | "privately held Sinoenergy Corp." | 09/28/10 | J | | Company went private |
| 97. SPDR Gold Tr Gold Shs (GLD) | | None | K | T | Buy | 01/27/10 | J | | |
| 98. SPDR Gold Tr Gold Shs (GLD) | | None | | | Buy | 02/04/10 | J | | |
| 99. SPDR Gold Tr Gold Shs (GLD) | | None | | | Buy | 02/10/10 | J | | |
| 100. SPDR Gold Tr Gold Shs (GLD) | | None | | | Buy | 05/07/10 | K | | |
| 101. SPDR Gold Tr Gold Shs (GLD) | | None | | | Buy | 05/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. SPDR Gold Tr Gold Shs (GLD) | | | | | Sold (part) | 01/05/10 | L | D | |
| 103. SPDR Gold Tr Gold Shs (GLD) | | | | | Sold (part) | 10/07/10 | J | C | |
| 104. SPDR Gold Tr Gold Shs (GLD) | | | | | Sold (part) | 10/25/10 | J | C | |
| 105. SPDR Gold Tr Gold Shs (GLD) | | | | | Sold (part) | 10/29/10 | J | C | |
| 106. Swire Pacific Ltd. A | A | Dividend | | | Sold | 10/21/10 | J | C | |
| 107. Telik Inc. | | None | J | T | | | | | |
| 108. Thai Beverage Public Co. Ltd. | A | Dividend | J | T | | | | | |
| 109. Tong Ren Tang Technologies Co. Ltd. | | None | | | Sold | 11/03/10 | J | B | |
| 110. Travel Sky Technologies | A | Dividend | | | Sold | 11/03/10 | J | B | |
| 111. Tsing Tao Brewery Co. Ltd. | A | Dividend | | | Sold | 11/03/10 | J | D | |
| 112. Uni-President China Holdings Ltd. | A | Dividend | | | Sold | 10/28/10 | J | A | |
| 113. Uni-President China Holdings Ltd. | A | Dividend | | | Sold | 11/03/10 | J | C | |
| 114. Univanich Palm Oil Public Co. Ltd | A | Dividend | J | T | | | | | |
| 115. ZC (Corn futures) | | None | | | Buy | 11/02/10 | K | | |
| 116. ZC (Corn futures) | | | | | Sold | 10/29/10 | K | A | |
| 117. Zhejiang Expressway | A | Dividend | | | Sold | 11/03/10 | J | A | |
| 118. ZL (Soybean Oil Futures) | | None | | | Buy | 11/19/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. ZL (Soybean Oil Futures) | | | | | Sold | 11/18/10 | K | A | |
| 120. ZS (Soybean Futures) | | None | | | Buy | 11/18/10 | L | | |
| 121. ZS (Soybean Futures) | | | | | Sold | 11/18/10 | L | A | |
| 122. ZW (Wheat Futures) | | None | | | Buy | 11/02/10 | K | | |
| 123. ZW (Wheat Futures) | | | | | Sold | 10/29/10 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1)   Current Item No. 4 in Part VII:  Filer inadvertently omitted universal life policy from prior filings.  This policy has been held since 1993.

2)   Former Item No. 3 (Transamerica Life Insuranace Company Account) appeared in error because Transamerica is a term policy for Filer.  Accordingly, it has been deleted.

3)   Former Item No. 25 (China Lyurun Food) is an inadvertent repetition of former Item No. 23 (China Foods Ltd.).  Thus, China Lyurun Food is deleted.

4)   Form Item No. 114 (Yantai North Andre Juice Co. Ltd.) is an inadvertent repetition of former Item No. 8 (Andre Juice Co. Ltd.).  Thus, Yantai North Andre Juice Co. Ltd. is deleted.

| Name of Person Reporting | Date of Report |
|---|---|
| King, George H. | 05/16/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ George H. King

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544